*E-FILED - 6/1/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                          )<br>       Plaintiff,                                  )<br>                                                          )<br>       v.                                              )<br>                                                          )<br>RALPH AUGUSTIN VEGA,              )<br>                                                          )<br>       Defendant.                              )<br>                                                          )<br>                                                          )<br>_____ ) | No. C-09-03182-RMW<br><br>(Related Crim. Case CR 93-20051-RMW)<br><br>[] ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE |

Upon application of the United States and good cause appearing, IT IS HEREBY ORDERED that the government's deadline for filing a response to petitioner's 2255 motion is extended from April 29, 2011 to June 29, 2011.

IT IS SO ORDERED.

DATED:  6/1/11

*Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

] ORDER GRANTING
MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE