*E-Filed on: 8/3/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH AUGUSTIN VEGA,<br><br>    Movant/Defendant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent/Plaintiff. | Case No. C-09-03182-RMW<br><br>(Related Criminal Case CR-03-20051-RMW)<br><br>**ORDER TRANSFERRING MOTION** |

Movant/defendant Ralph Vega seeks relief under 28 U.S.C. § 2255 with respect to sentences he received in two cases: action no. CR-93-20051-RMW which proceeded in the Northern District of California ("Northern District Case") and action no. 99-CR-05023-OWW which was brought in the Eastern District of California ("Eastern District Case"). Vega claims that he entered into a plea agreement in the Eastern District case in which in exchange for his plea of guilty in that case and his providing of substantial assistance, his sentence in the Northern District Case would be reduced 30% and that his sentence in the Eastern District Case would run concurrently with the sentence in his Northern District Case. Vega contends that he has fulfilled his end of the bargain but the government has not.

The government was asked to respond to Vega's motion which was filed in the Northern District. The government did so. After review of the motion and response, this court is satisfied that defendant's only potentially cognizable claim concerns the validity and enforcement of his plea

1   agreement entered into in the Eastern District case.  That claim must be brought in the Eastern

2   District where the agreement was allegedly made and executed.  Therefore, pursuant to 28 U.S.C.

3   §1631 the case is transferred to the Eastern District.

5       DATED: <u>August 2, 2011</u>

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

NO.  C-09-03182-RMW
(Related to: CR-03-20051-RMW)
ORDER TRANSFERRING CASE